11-656-ag
Fofana v. Holder

BIA
Brennan, IJ
A093 408 626

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15ᵗʰ day of February, two thousand twelve.

PRESENT:
>        BARRINGTON D. PARKER,
>        RICHARD C. WESLEY,
>        RAYMOND J. LOHIER, JR.,
>            *Circuit Judges.*

_____

FACINET GOULY FOFANA, AKA THIAN IBRAHIM,
>        *Petitioner,*

>        v.                                      11-656-ag
>                                                NAC

ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL,
>        *Respondent.*

_____

FOR PETITIONER:          Bibiana C. Andrade, New York, N.Y.

FOR RESPONDENT:          Tony West, Assistant Attorney
                         General; Ada E. Bosque, Senior
                         Litigation Counsel, Puneet Cheema,
                         Trial Attorney, Office of
                         Immigration Litigation, Civil
                         Division, United States Department
                         of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Facinet Gouly Fofana, a native of Mali and citizen of Guinea, seeks review of a January 24, 2011, order of the BIA affirming the January 15, 2009, decision of Immigration Judge ("IJ") Noel Ann Brennan denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Fofana,* No. A093 408 626 (B.I.A. Jan. 24, 2011), *aff'g* No. A093 408 626 (Immig. Ct. N.Y. City Jan. 15, 2009). We assume the parties' familiarity with the underlying facts and procedural history in this case. Under the circumstances of this case, we have reviewed the IJ's decision as modified by the BIA's decision. *See Yang v. U.S. Dep't of Justice*, 426 F.3d 520, 522 (2d Cir. 2005).

Fofana argues that the IJ's adverse credibility finding was not supported by the inconsistencies in his testimony. However, as the BIA found, and as the Government points out, Fofana's appeal to the BIA did not present any specific challenges to the IJ's adverse credibility finding.

2

Accordingly, we decline to consider Fofana's challenges to the adverse credibility finding because he failed to exhaust the arguments by presenting them to the BIA in the first instance. *See Zhong v. U.S. Dep't of Justice*, 480 F.3d 104, 122 (2d Cir. 2007) (reaffirming that this Court "may consider only those issues that formed the basis for [the BIA's] decision"). Because Fofana's requests for asylum, withholding of removal, and CAT relief shared the same factual basis, the agency's finding that his testimony was not credible supports the agency's denial of all three forms of relief. *See Paul v. Gonzales*, 444 F.3d 148, 157 (2d Cir. 2006).

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk